# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:   DIANE R. ALTIERY-ROMANS                                    Case Number: 08-70404
         1102 MARKET STREET, APT. B
         DEKALB, IL  60115                    SSN-xxx-xx-2962

                                                        Case filed on:              2/15/2008
                                                     Plan Confirmed on:
                              U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $231.48          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY K.O. JOHNSON | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | DIANE R. ALTIERY-ROMANS | 0.00 | 0.00 | 231.48 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 231.48 | 0.00 |
| 068 | KATHY YOUNG | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | ABA | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | AT&T CREDIT MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | BEN GORDON CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | BLITT & GAINES LAW OFFICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CALVARY PORTFOLIO SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | COMED CO | 2,487.87 | 49.76 | 0.00 | 0.00 |
| 007 | CRED PROTECTIONS ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CREDIT ACCEPTANCE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CREDIT PROTECTION ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | HARVARD COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | HARVARD COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | IC SYSTEM INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | IC SYSTEMS INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | II DESIGNATED | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ILLINOIS DESIGNATED ACCT PURCHASE | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | CHILE & ASSOCIATES | 96,794.84 | 1,935.90 | 0.00 | 0.00 |
| 017 | ILLINOIS STUDENT ASSISTANCE COMM | 27,873.93 | 557.48 | 0.00 | 0.00 |
| 018 | ILLINOIS STUDENT ASSISTANCE COMM | 3,504.89 | 70.10 | 0.00 | 0.00 |
| 019 | ISAC | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | ISAC | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | ISAC | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | ISAC | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | K.O. JOHNSON | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | MARION QUICK CASH | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | MICHAEL H. ROMANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | NICOR GAS | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | NICOR GAS | 1,677.98 | 33.56 | 0.00 | 0.00 |
| 028 | NORTHERN ILLINOIS U | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | NORTHERN ILLINOIS U | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | OSI COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | PELLETTIERI | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | PROFCOLSRV | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | PROFESSIONAL COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | SALLIE MAE | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | SALLIE MAE SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | SALLIE MAE SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | SALLIE MAE SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | SALLIE MAE SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | SALLIE MAE SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
| 040 | SALLIE MAE SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
| 041 | SALLIE MAE SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
| 042 | SALLIE MAE SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
| 043 | SALLIE MAE SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
| 044 | SALLIE MAE SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
| 045 | SALLIE MAE SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
| 046 | SALLIE MAE SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
| 047 | SALLIE MAE SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
| 048 | SALLIE MAE SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
| 049 | SALLIE MAE SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
| 050 | SALLIE MAE SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
| 051 | SALLIE MAE SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
| 052 | SALLIE MAE SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
| 053 | SOUTHERN ILLINOIS UNIVERSITY | 0.00 | 0.00 | 0.00 | 0.00 |

# United States Bankruptcy Court
### of the
### Northern District Of Illinois
### Western Division

| | | | | | |
|---|---|---|---|---|---|
| 054 | SUN LOAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 055 | SUN LOAN COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 056 | THOMAS W. MOYER | 0.00 | 0.00 | 0.00 | 0.00 |
| 057 | TXU ENERGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 058 | U.S. DEPARTMENT OF EDUCATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 059 | US DEPARTMENT OF EDUCATION | 4,025.97 | 80.52 | 0.00 | 0.00 |
| 060 | US DEPARTMENT OF EDUCATION | 8,637.51 | 172.75 | 0.00 | 0.00 |
| 061 | US DEPARTMENT OF EDUCATION | 32,316.54 | 646.33 | 0.00 | 0.00 |
| 062 | AFNI/VERIZON | 1,135.49 | 22.71 | 0.00 | 0.00 |
| 063 | VERIZON NORTH INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 064 | VERIZON SOUTH INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 065 | VERIZON SOUTH INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 066 | VERIZON WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
| 067 | VERIZON WIRELESS | 526.77 | 10.54 | 0.00 | 0.00 |
| 069 | MICHAEL H. ROMANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 070 | DEPT. OF EDUCATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 071 | IDAPP/ISAC | 0.00 | 0.00 | 0.00 | 0.00 |
| 072 | NORTHERN ILLINOIS UNIVERSITY | 0.00 | 0.00 | 0.00 | 0.00 |
| 073 | SALLIE MAE | 0.00 | 0.00 | 0.00 | 0.00 |
| 074 | TRANS WORLD SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Unsecured | 178,981.79 | 3,579.65 | 0.00 | 0.00 |
| | Grand Total: | 178,981.79 | 3,579.65 | 231.48 | 0.00 |

Total Paid Claimant:        $231.48
Trustee Allowance:          $0.00
Percent Paid Unsecured:     0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liabliity on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_____
Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL  on 08/28/2008                    By  _/s/Heather M. Fagan_